# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:10-cr-00014-RLV-DSC-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | FINAL ORDER OF |
| ) | FORFEITURE |
| ANTHONY MAURICE CATHCART, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's Motion for Final Order of Forfeiture. (Doc. 24.)

The Court previously entered a Preliminary Order of Forfeiture, and judgment has been entered against Defendant Cathcart. (Docs. 14, 22.) Pursuant to 21 U.S.C. § 853(n), the Government posted on an official Internet site (www.forfeiture.gov), for at least thirty consecutive days, notice of this forfeiture and of the Government's intent to dispose of the forfeited properties according to law, and of the right of third parties to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the properties. (Doc. 16.) No person has filed such a claim, and the Court may therefore enter its Final Order of Forfeiture, as provided by Federal Rule of Criminal Procedure 32.2(c)(2), to give the Government clear title to the forfeited properties.

**IT IS, THEREFORE, ORDERED** that the Government's Motion for Final Order of Forfeiture (Doc. 24) be **GRANTED**. Defendant's interests in (1) a Rock Island Armory, M1911A1, .45-caliber pistol, s/n RIA1045224, (2) sixteen rounds of Federal .45-caliber ammunition, and (3) one round of unknown .45-caliber ammunition are forfeit, and the United States hereby has clear title to the properties and shall dispose of such properties according to law.

Signed: July 12, 2013

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge